IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JERRIANN D. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL NO. 18-cv-2115-DGW[1] |
| COMMISSIONER of SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

**WILKERSON, Magistrate Judge:**

Before the Court is the parties' Joint Stipulation to Remand to the Commissioner. **(Doc. 17)**.

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, "Upon receipt of the Court's order, the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ) decision

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Docs. 8, 16.

1

and remand the matter to the ALJ. On remand, the ALJ will grant Plaintiff a new hearing and issue a new decision."

Plaintiff applied for disability benefits in June 2014. (Tr. 18). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Stipulation to Remand to the Commissioner **(Doc. 17)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: May 9, 2019.**

                                        **DONALD G. WILKERSON**
                                        **UNITED STATES MAGISTRATE JUDGE**